No. 87–6408. ROGERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6412. JACKSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–6413. GIRALDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6428. SANTIAGO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–6429. QUINTERO-GONZALEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–6432. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6435. KAESTEL v. SARGENT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 87–6440. SAMEL v. LeCUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–6451. BARTLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–6454. GREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–6457. TUMERMAN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 87–6463. AKBAR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–789. GONZALES v. SECRETARY OF THE AIR FORCE ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 87–1208. OBERG ET AL. v. AETNA CASUALTY & SURETY CO. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.